UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**NATHANIEL R. BRAZILL,**

    **Plaintiff,**

v.                                                     Case No.  5:23-cv-67-TKW-MJF

**CHRISTOPHER R. BRANNON, et al.,**

    **Defendants.**

                                              /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 85). Defendants did not object to the R&R, but Plaintiff did. *See* Doc. 86. No response to Plaintiff's objection is needed.

The Court reviewed the issues raised in Plaintiff's objection de novo as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Defendants' motion for summary judgment should be granted as to all Defendants. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's R&R is adopted and incorporated by reference in this Order.

    2.    Defendants' motion for summary judgment (Doc. 57) is **GRANTED**.

3. Plaintiff's claims against Defendants Brannon, Jones, Hancock, Bush, Crutchfield, Peterson, Shuler, Floyd, Gordon and Dixon are **DISMISSED with prejudice** based on qualified immunity.

4. Plaintiff's claim against Defendant Hewett is **DISMISSED with prejudice** for failure to state a claim on which relief may be granted.

5. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendants Brannon, Jones, Hancock, Bush, Crutchfield, Peterson, Shuler, Floyd, Gordon and Dixon are **DISMISSED with prejudice** based on qualified immunity. Plaintiff's claim against Defendant Hewett is **DISMISSED with prejudice** for failure to state a claim on which relief may be granted. Plaintiff's claims against Defendants Wood and May are **DISMISSED without prejudice** pursuant to Plaintiff's voluntary dismissal."

6. The Clerk shall close the file.

**DONE and ORDERED** this 1st day of July, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**